**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Jose Zamora

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | No. Cr.S 05-219 KJM/JFM |
| | ) | |
| Respondent, | ) | |
| | ) | STIPULTION AND ORDER |
| v. | ) | CONTINUING EVIDENTIARY HEARING |
| | ) | |
| | ) | Date:     March 28, 2013 |
| JOSE ZAMORA, | ) | Court:    JFM |
| | ) | Time:     1:00 PM |
| Movant. | ) | |

Pursuant to agreement between the parties, the evidentiary hearing presently set for January 31, 2013 at 1:00 PM is continued and rescheduled for March 28, 2013 at 1:00 PM.

This continuance is necessitated because undersigned counsel for movant is presently scheduled for jury duty the week of January 28, 2013. In addition, a potential witness in this matter has indicated that she will be unavailable during the month of February.

DATED: January 20, 2013          Respectfully submitted,


                                 /S/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Movant

**STIPULATION**

It is hereby stipulated and agreed that the hearing in the above captioned matter shall be continued to March 28, 2013 at 1:00 PM.


/S/MICHAEL B. BIGELOW, Esq.,     DATED: January 20, 2013
Michael B. Bigelow, Esq.,
Attorney for Movant


/S/MICHAEL ANDERSON, Esq.        DATED January 20, 2013
Michael Anderson, Esq.,
Assistant United Sates Attorney


**ORDER**

Pursuant to stipulation between the parties and for good cause shown, it is hereby ordered that that the hearing in this matter shall be continued until March 28, 2013 at 1:00 PM.

**Date:  1/23/2013**


_____
UNITED STATES MAGISTRATE JUDGE