**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
331 J Street, Suite 200
Sacramento, CA  95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com
Attorney for Petitioner
Jose Zamora

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | No. Cr.S 05-219 JAM/EFB |
| ) | |
| Plaintiff ) | |
| ) | STIPULTION AND ~~PROPOSED~~ ORDER |
| v. ) | CONTINUING BRIEFING AND |
| ) | EVIDENTIARY HEARING |
| JOSE ZAMORA ) | |
| ) | |
| Defendant ) | |

On May 9, 2013 this Court requested a briefing outlining the issue(s) to be addressed at the evidentiary hearing and whether it is anticipated that any additional issues will arise during the hearing.

Undersigned and counsel for the government have discussed this Court's request and the issues presented. For the reasons discussed below the parties are requesting an extension of time to respond to this Court's request, and for a continuance of the evidentiary hearing itself.

Please note, the parties had agreed that undersigned would prepare this joint request and file it in a timely manner. However, due to scheduling issues, and the Sacramento County Jail's inability to maintain working elevators, undersigned has been unable to meet with petitioner in spite of multiple efforts. (Thus, the inability to define with certainty the issues petitioner will present at hearing.) With respect to the hearing itself, respondent's counsel, Michael Anderson, is currently involved in a lengthy and complicated multi defendant mortgage fraud trial that is expected to continue well into June.

For the reasons stated above, it is respectfully requested that the hearing date itself be vacated and restyled as a status conference to be heard on May 28, 2013. At that time Mr. Anderson should have a reasonable idea when his trial will conclude.

It is further requested that an extension of time up to and including this Court's request for a briefing be granted up to and including May 20, 2013.

DATED: May 15, 2013                    Respectfully submitted,


                                       /S/MICHAEL B. BIGELOW
                                       Michael B. Bigelow
                                       Attorney for Movant

**STIPULATION**

It is hereby stipulated and agreed that the hearing in the above captioned matter shall be vacated and that a status conference shall be scheduled for May 28, 2013 at 1:00 PM. It is further stipulated that the briefing outlining issues to be presented shall be due on or before May 20, 2013.

| | |
|---|---|
| /S/MICHAEL B. BIGELOW, Esq., <br> Michael B. Bigelow, Esq., <br> Attorney for Movant | DATED: May 15, 2013 |
| /S/MICHAEL ANDERSON, Esq. <br> Michael Anderson, Esq., <br> Assistant United Sates Attorney | DATED: May 15, 2013 |

**ORDER**

Pursuant to stipulation between the parties and for good cause shown, it is hereby ordered that:

1. The evidentiary hearing, currently set for May 21, 2013, is vacated.
2. A status conference is now set for **May 29, 2013**, at **10:00 a.m**. in Courtroom No. 8.
3. A briefing outlining the issues to presented at the evidentiary hearing is now due on May 20, 2013.

DATED: May 15, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE